The People of the State of New York ex rel. Corporation of Yaddo, Respondent, v. Hiram J. Freeman, as Commissioner of Accounts and Assessor of the City of Saratoga Springs, William D. Eddy and Others, as Members of the City Council of the City of Saratoga Springs, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. McNamee, J., not sitting.

Madison County Trust and Deposit Company, Appellant, v. H. Seymour Getman and Others, Respondents.— Appeal dismissed, with ten dollars costs, on the authority of *Macomber* v. *Sterling* (230 App. Div. 598); *Rose* v. *Bristol* (222 N. Y. 11); *Delaney* v. *Valentine* (11 App. Div. 316). Rhodes, J., not sitting.

In the Matter of the Proceeding under Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad operated by The New York Central Railroad Company and Broadway in the City of Kingston, Ulster County.— Motion by the city of Kingston for leave to appeal to the Court of Appeals denied. McNamee, J., not sitting.

In the Matter of the Proceeding under Grade Crossing Elimination Act for the Elimination of the Highway-Railroad Crossing at Grade of the Delaware and Hudson Railroad Corporation (Owning and Operating the Railroad Formerly of the Delaware and Hudson Company) and Main Street (County Highway No. 849) in the Village of Altamont, Albany County. Case No. 5359. The Delaware and Hudson Railroad Corporation, Appellant, v. Public Service Commission, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not sitting.

The P. H. & F. M. Roots Co., Respondent, v. Simmons Machine Tool Corporation, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not sitting.

Mary R. Burke, Respondent, v. Samuel Bonat and Another, a Copartnership Doing Business under the Firm Name and Style of Samuel Bonat & Bro., Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not sitting.

Home Gas Company, Appellant, v. Frank A. Wigsten and Others, Respondents. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. McNamee, J., not sitting.

Village of Elmira Heights, Respondent, v. Town of Horseheads, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. McNamee, J., not sitting.

Laura Martin, Respondent, v. New Metropolitan Fiction, Inc., Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Hill, J., dissents; McNamee, J., not sitting.